```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                      CASE NO. 08 B 18299
   KALONJI MITCHELL
                                            CHAPTER 13

                                            JUDGE: SUSAN PIERSON SONDERBY
         Debtor
   SSN XXX-XX-0760


-----------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------------
     The case was filed on 07/16/2008 and was not confirmed.

     The case was dismissed without confirmation 10/16/2008.
-----------------------------------------------------------------------------
CREDITOR NAME            CLASS            CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                          PAID          PAID
-----------------------------------------------------------------------------
GMAC MORTGAGE            CURRENT MORTG           .00         .00            .00
GMAC MORTGAGE            MORTGAGE ARRE      71000.00         .00            .00
GMAC MORTGAGE CORPORATIO MORTGAGE NOTI    NOT FILED          .00            .00
ISAC                     UNSECURED               .00         .00            .00
FELICIA DRAKE            NOTICE ONLY      NOT FILED          .00            .00
GMAC MORTGAGE CORP       NOTICE ONLY      NOT FILED          .00            .00
ROUNDUP FUNDING LLC      UNSECURED            782.25         .00            .00
BURNS & WINCEK LTD       DEBTOR ATTY        3,150.00                        .00
TOM VAUGHN               TRUSTEE                                            .00
DEBTOR REFUND            REFUND                                             .00

        Summary of Receipts and Disbursements:
-----------------------------------------------------------------------------
                        RECEIPTS            DISBURSEMENTS
-----------------------------------------------------------------------------
TRUSTEE                      .00

PRIORITY                                             .00
SECURED                                              .00
UNSECURED                                            .00
ADMINISTRATIVE                                       .00
TRUSTEE COMPENSATION                                 .00
DEBTOR REFUND                                        .00
                        ---------------     ---------------
TOTALS                       .00                     .00
```

            PAGE  1 - CONTINUED ON NEXT PAGE
     CASE NO. 08 B 18299 KALONJI MITCHELL

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                              /s/ Tom Vaughn
 Dated: 01/27/09              _____
                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE










                              PAGE   2
     CASE NO. 08 B 18299 KALONJI MITCHELL